Dan R. Schanz, OSB# 961114
E-mail: dan@schanzlawler.com
Schanz Lawler, P.C.
825 Liberty Street NE
Salem, OR 97301
Telephone: 503-585-5555
Facsimile: 503-364-9264
*Attorney for Defendant State Farm
Mutual Automobile Insurance Company*

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ESTATE OF MICHAEL IVAN STEENKOLK, by and through its personal representative, Alyssa Janelle Steenkolk,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois company,<br><br>Defendant. | Case No.: 6:18-cv-01768-AA<br><br>**ORDER GRANTING DISMISSAL** |

IT IS HEREBY ORDERED that the above-encaptioned case be dismissed with prejudice and without costs to any party upon the grounds and for the reasons that the same has been arbitrated through binding arbitration pursuant to the Stipulation for Abatement filed on December 4, 2018.

Dated this 13th day of August, 2019

_____
Ann Aiken
U.S. District Judge

Order Prepared and Submitted
SCHANZ LAWLER, P.C.
Dan R. Schanz, OSB# 961114
E-mail: dan@schanzlawler.com
*Attorney for Defendant State
Farm Mutual Automobile
Insurance Company*

Page 1 – ORDER GRANTING DISMISSAL